IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**STEVEN L. MAYFIELD**  **PLAINTIFF**
**REG. #34545-077**

**v.**          **CASE NO. 2:14CV00118 BSM**

**FCI-Forrest City**          **DEFENDANT**

## ORDER

The recommended disposition submitted by United States Magistrate Judge Joe J. Volpe has been received. No objections have been filed. After careful consideration, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in its entirety.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's complaint [Doc. No. 2] is dismissed without prejudice for failure to state a claim.

2. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3. The Court certifies that an *in forma pauperis* appeal from this Order and Judgment would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

SO ORDERED this 18th day of November 2014.

                                        _____
                                        UNITED STATES DISTRICT JUDGE